Slip Op. 02 - 139

J U D G M E N T

UNITED STATES COURT OF INTERNATIONAL TRADE

Thomas J. Aquilino, Jr., Judge

- - - - - - - - - - - - - - - - - - - - x

UNITED STEELWORKERS OF AMERICA, LOCAL    :
915L, DISTRICT 9, AFL-CIO,
                                         :

                    Plaintiff,
                                         :

              v.                              Court No. 02-00457
                                         :

ELAINE L. CHAO, U.S. SECRETARY OF        :
LABOR,
                                         :

                    Defendant.
                                         :
- - - - - - - - - - - - - - - - - - - - x


        The plaintiff having commenced this case for judicial review of the denials by the Employment and Training Administration, U.S. Department of Labor sub. nom. Notice of Determinations Regarding Eligibility To Apply for Worker Adjustment Assistance and NAFTA Transitional Adjustment Assistance, 67 Fed.Reg. 35,140 (May 17, 2002), of certifications of eligibility to apply for such assistance, Nos. TA-W-40,687, id., and NAFTA-TAA-05749, id. at 35,142; and the defendant having interposed a motion for voluntary remand to conduct a further investigation and to make a redetermination as to whether plaintiff's members are indeed eligible for certification for worker adjustment assistance benefits; and the court having granted defendant's motion; and the defendant having filed herein a Notice of Revised Determination on Remand (Nov. 5, 2002), certifying that

"All workers of Goodyear Dunlop, N.A. LTD, Huntsville, Alabama (TA-W-40,687) who became totally or partially separated from employment on or after November 28, 2000, through two years from the issuance of this revised determination, are eligible to apply for adjustment assistance under Section 223 of the Trade Act of 1974;" and "All workers of Goodyear Dunlop, N.A. LTD, Huntsville, Alabama (NAFTA-05749) who became totally or partially separated from employment on or after December 11, 2000, through two years from the issuance of this revised determination, are eligible to apply for NAFTA-TAA under Section 250 of the Trade Act of 1974[;]"

and the plaintiff having responded with a Notice of Acceptance of the Department of Labor's Determination on Remand (Nov. 18, 2002);

Now therefore, after due deliberation, it is

ORDERED, ADJUDGED and DECREED that defendant's <u>Notice of Revised Determination on Remand</u> (Nov. 5, 2002) be, and it hereby is, affirmed as aforesaid.

Dated:  New York, New York
        December 2, 2002



                                    Judge